ACCEPTED
01-15-00556-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 9:35:15 AM
CHRISTOPHER PRINE
CLERK



# Vince Ryan
## Harris County Attorney

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/30/2015 9:35:15 AM

CHRISTOPHER A. PRINE
Clerk

September 30, 2015

**Attention:  Civil Post-Judgment – ROOM 250**
Honorable Chris Daniel
Harris County District Clerk
201 Caroline, 2nd Floor, Room 250
Houston, Texas 77002

> **Re:     On appeal to First Court of Appeals, No. 01-15-00556-CV**
> **from the 313th Judicial District Court, Harris County**
> **In the Interest of S.R.-M.C.**
> **2010-08247J**

Dear Sir or Madame:

The Texas Department of Family & Protective Services, appellee in the above referenced matter, requests the following documents be copied, certified and forwarded to the First Court of Appeals in supplementation of the clerk's record for the appeal of this case:

**Order for Blood Test**
**(Signed 7/2/14 – Image #61643812)**

**Order Adjudicating Paternity**
**(Signed 9/12/14 – Image #62545110)**

**Notice of Appearance**
**(filed 3/2/15 – Image #64463029)**

**No fee is enclosed for preparation of the foregoing, because TEX. HUM. RES. CODE ANN. §40.062 exempts the Department from the requirement to pay any cost or fee imposed in a court proceeding, and the Department is not required to pay filing fees in advance under TEX. CIV. PRAC. & REM. CODE ANN. §6.001 (Vernon 2008).**

Very truly yours,

VINCE RYAN
COUNTY ATTORNEY

1019 Congress,  15th Floor  •  Houston, TX 77002-1700  •  Phone: 713-755-5101  •  Fax: 713-755-8924

*/s/ Sandra D. Hachem*
By:  Sandra D. Hachem
Sr. Assistant County Attorney

copies to:

Honorable Christopher A. Prine
First Court of Appeals
301 Fannin
Houston, Texas 77002

Appellant, RC (father).
care of his attorney of record Donald Crane
by email at: donmcrane@gmail.com